ACCEPTED
03-14-00668-CV
4270017
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/24/2015 7:07:44 PM
JEFFREY D. KYLE
CLERK

## IN THE COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/24/2015 7:07:44 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| RAFAEL MONTEZ DA OCA | § | |
| v. | § | NUMBER 03-14-00668-CV |
| EDUARDO GUTIERREZ | § | |

### SECOND MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

Pursuant to Rules 38.6(d) and 10.5(b), Texas Rules of Appellate Procedure, Appellant respectfully moves for an extension of time to file appellant's brief herein, and in support of said motion would show the following:

#### I.

The current deadline for the filing of appellant's brief is FEBRUARY 17, 2015.

#### II.

Appellant's seeks a 6 days extension of time for filing appellant's brief, i.e. to FEBRUARY 23, 2015.

#### III.

One previous extension of time to file appellant's brief has been sought and granted.

#### IV.

The facts relied upon to reasonably explain the need for an extension are as follows:

1. This was a complicated civil trial. The appeal involves, among other complicated issues,

the sufficiency of evidence to support the jury's findings on several special issue submitted to the jury.

2. Since the date of the first extension Counsel has had numerous court appearances in Williamson, Travis, Burnet and Comal counties.

3. Counsel for appellant has diligently worked on preparation of the brief in this case and is very close to finishing the brief but needs the additional time requested to complete the brief.

4. Counsel assures the Court and opposing counsel thatr no additional requests for extension will be requested.

WHEREFORE, appellant prays that this Motion For Extension of Time to File Appellant's Brief be granted and that the deadline for filing appellant's brief be extended to FEBRUARY 23, 2015.

RESPECTFULLY SUBMITTED

/s/ Ray Bass

_____
RAY BASS, ATTORNEY
SBN 01884000

120 WEST 8TH STREET
GEORGETOWN, TEXAS 78626
TEL. 512-863-8788
FAX  512-869-5090

ATTORNEY FOR APPELLANT

# IN THE COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

RAFAEL MONTEZ DA OCA          §

v.                            §          NUMBER 03-14-00668-CV

EDUARDO GUTIERREZ             §

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion For Extension Of Time To File Appellant's Brief was served on FEBRUARY 24, 2015, in compliance with Rule 9.5, Texas Rules of Appellate Procedure and in compliance with Third Court of Appeals Local Rule 3(c), on MR PAUL MORIN, ATTORNEY FOR APPELLEE, 505 W. 14TH STREET, AUSTIN, TEXAS 78701, EMAIL pmorin@austin.rr.com..

/s/ Ray Bass

_____

RAY BASS

# IN THE COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

RAFAEL MONTEZ DA OCA       §

v.                              §        NUMBER 03-14-00668-CV

EDUARDO GUTIERREZ       §

## CERTIFICATE OF CONFERENCE

Counsel for the appellant has conferred with Mr. Paul Morin, counsel for Appellee, regarding the merits of this SECOND MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF and counsel for appellee indicated that he does not opposes the request for a 6 day extension.


/s/ Ray Bass

_____

RAY BASS, ATTORNEY

# IN THE COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

RAFAEL MONTEZ DA OCA          §

v.                            §          NUMBER 03-14-00668-CV

EDUARDO GUTIERREZ             §

### ORDER ON APPELLANT'S MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

On this _____ day of _____, 2015, came on to be considered the Motion For Extension Of Time To File Appellant's Brief; and the court, having considered said motion, finds that it should be and is hereby GRANTED.

It is, therefore, ordered that Appellant shall have until FEBRUARY 23, 2015, to file appellant's brief herein.

_____
Justice, Third Court Of Appeals